## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Acosta Mancia v. Mullin, et al.**          Case Number: **26-cv-4465-CAB-DEB**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez      Rptr Tape: N/A

Petitioner filed a petition for a writ of habeas corpus on August 5, 2026. [Doc. No. 1.] Respondents have informed the Court that Petitioner has been released from immigration custody. [Doc. No. 3.] The Court therefore vacates the order to respond, [Doc. No. 2], and directs the Clerk of the Court to close the case.

 Date: August 6, 2026                                                    Initials: MS